FILED

JAN 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

2:07CV 103 - MEF

PHILLIPPI S. LOWE,  Pro Se,
P.O. Box 368
Evergreen, AL. 36401
      Plaintiff

vs.

WASHINGTON D.C.
PRINCE GEORGE MARYLAND
MONTGOMERY CITY AL.,
EVERGREEN AL.
PENSACOLA FLORIDA and their
FRATERNAL ORDER OF POLICE
      Defendants.

CASE NUMBER  1:07CV00049

JUDGE: Unassigned

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 01/10/2007

**COMPLAINT**

CRIMINAL ORGANIZED  RACIST POLICE MEMBERS OF FRATERNAL
ORDER OF POLICE USE THE DEATH OF USA SOLDIERS, SAILORS, AIRMAN
KILLED IN IRAQ, VIETNAM, KOREA, WWII, WWI, AND ETC. TO INFLICT
TERRORISM ON USA WAR VETERANS ACROSS STATES LINES, AND IS
AIDED IN USA COURTS BY CRIMINAL JUDGES WHO DO NOT CONSIDER
BLACK AMERICAN CITIZEN.

Cause of actions

     Terrorism on U.S.A. soil is committed on  U.S.A.  Veterans, their family and
friends, that is a betrayal of a public trust that effect United States of America society
as a whole, by criminal white Police who are members of Fraternal Order of Police that
terrorize across  the states lines of  Maryland, Washington D.C., Florida, and Alabama.
No U.S. Government, U.S. Marshals, FBI,  or  etc.  who is paid by society to eradicate
acts of terrorism against American Citizen have investigated the evidence or complaints.
Plaintiff believe these Police terrorist is planning to commit his murder by members of
what the Police call their brotherhood.  Plaintiff now understand why his daughter is so
terrified of Police Capt. James Cullen and his white Police friends. See exhibit A,B,C,D.

     This FIFTY MILLION DOLLARS ($50,000,000.00) criminal / tort is a Res Ipsa

Loquitur action→ [Latin phase- the thing speak for itself] stem from most of America

Judges, prosecutors, FBI, and all decent law enforcer police who is paid by American

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOV 16 2006

RECEIVED

2

Citizen, but lack the courage to enforce the laws of the United States of America

Constitution, and have become victim themselves of organize Police terrorism. The

Fraternal Order of Police use race, and white Police Capt. James Cullen love for a black

women (x-wife of Plaintiff) as grounds to execute open acts of terror, death threats by

phone, slander of Plaintiff business, using U.S. mail to inflict terror, and etc. on Plaintiff

and did cause emotional distress, extreme personal suffering, impaired Plaintiff business,

restricted unlawfully Plaintiff freedom of action to Plaintiff detriment, accused Plaintiff

of criminal offence, expose family secret to subject Plaintiff to hatred, contempt ridicule

and etc. while operating in the scope of their employment as Police / law enforcer for

Prince George County Maryland, Washington DC, Montgomery Alabama City Police,

Pensacola Florida Highway Patrol, Evergreen Alabama City and County Sheriff Dept.,

and etc. committed Federal statutes violation of Rico Act, discrimination, U.S. Mail

tampering , misrepresentation, terror, conspiracy, across state line terror and etc. attack

and overthrew the United States of America and its Constitutions, Amendments, that our

young American Soldiers is on the battle fields of Iraq dying for everyday while these

criminal law breaking Police who have never picked up a gun in defense of this Country

use the death of American war Soldier to terrorizing its law abiding veterans, citizen, and

etc. An America Soldier of 33 years U.S. Military Service veteran Charlie Caldwell

survived 2 years of combat in the Vietnam war and Persian Gulf war only to be terrorize

by Fraternal Order of Police who allegedly burned his truck up would not respond to fire,

the FBI would not investigate his complaint, he was stop several times, searched illegally

by Montgomery Alabama Police without probable cause, girlfriend house was set on fire

after he purchase new furniture allegedly by Police and etc.

Jurisdiction

The jurisdiction of the United States District Court for the District of Columbia Washington D.C. Division is involved in diversity of citizenship only, under the Civil Rights Act of 1964. Federal statutes amended to provide stronger protection for rights guaranteed by the United States of America Constitution 42 U.S.C. 28 USC 1983, Rico Racketeer influenced and corrupt organization act. 1974 Amendment that extended the Federal Acts to intentional torts by law enforcement person 28 U.S.C. 2680(H) this being an action authorized by United States law to redress the deprivation under color of law, statute, ordinance, regulation, custom or usage of a right, privilege, and immunity secured to the Plaintiff by the First, Fifth, Fourteenth Amendment to the Constitution of these United States of America.

Parties

(1). Plaintiff Phillippi S. Lowe is a illegally made homeless, USA Vietnam era Veteran a Naz. teacher resident of the State of Alabama living with different U.S. Veterans and friends since the criminal unconstitutional thelf selling, and eviction of Plaintiff off his legally owned land / house located at 109 South Shipp Street Evergreen Alabama by the criminal action of white racist Judges, Sam Welch, and Jeff Brock of Evergreen Alabama who have no regard for the United States Constitution who under color of law is overthrowing the U.S.A. Constitution and Laws.

(2). Defendants Montgomery City is the employer of the criminal racist terrorist Police who is paid more money a year than an American Soldiers in the war zone of Iraq. Racist Police use their positions to terrorize.

(3). Defendants Fraternal Order of Police Montgomery Alabama Branch, Division

or etc. in that some of their members is involved in the criminal activity of terrorizing

Plaintiff an American Citizen across state line.

(4). Defendants Prince George Maryland City County, and their branch of

Fraternal Order of Police who is / was the employer, and / or have as a member

Police Capt. James Cullen, and other white Police use their position to terrorize.

(5). Defendants Washington DC City, and their branch of Fraternal Order of

Police who is the employer / or have as a member of Police involved in terror of Plaintiff

an American Citizen across state lines.

(6). Defendants Washington DC Fraternal Order of Police who some of its

members is involved in across state lines terrorizing of Plaintiff an American Citizen.

(7). Defendants Pensacola Florida Fraternal Order of Police who have members of

the Highway Patrol who is involved in the criminal activity of terrorizing, suppression of

evidence of Plaintiff an American Citizen.

Statement of the facts
Res Ipsa Loquitur

These criminal / tort acts was committed by the Fraternal Order of Police while

acting within the line and scope of their employment as Police Officer and members of the

Fraternal Order of Police in that white Police Officers of the Washington D.C. area Prince

George County Maryland, Montgomery Alabama, and Pensacola Florida area did conspire

to and carryout the alleged conspiracy on Plaintiff victim Phillippi S. Lowe that started on

or about 2001 and continue to this day, Res Ipsa Loquitur [the thing speaks for itself].

Plaintiff started receiving threaten phone call from Police Capt. James Cullen and his white

Police friends who use the fact that Plaintiff trouble / confuse / terrorizes teenage daughter had resorted to drugs, prostitution, etc. while under Capt. J. Cullen influence and Plaintiff x - wife care, at which time a fight between Police Capt. James Cullen approximately a 300lb white male, and Plaintiff 15 year old black daughter approximately 70 lb, Plaintiff knew it was unsafe for his daughter to be in constant contact with Police Capt. James Cullen and his white Police friends. Plaintiff encourage his daughter to come and live with him , taking her away from the street and that hostile environment. Plaintiff had his daughter enrolled in Nursing  School in Alabama.  Plaintiff daughter was suffering from police terrorism, drug abuse, prostitution, child molestation, rape, STDs and needed his guidance. Capt. James Cullen and his white criminal  law breaking Police friends was taking full advantage of that fact, and after Plaintiff moved  his sick daughter to Alabama, placed her in Nursing School and  begin to correct , and trying to reform his (Plaintiff) daughter into being a productive citizen.   Plaintiff daughter returns back to Maryland after a heated argument between her and Plaintiff about drugs, prostitution and etc. Criminal law breaking Police Capt. James Cullen and his racist white Police friends knew Plaintiff daughter was facing all kinds of  problems,   and when she returned back to Maryland angry with her father (Plaintiff) Capt. James Cullen and his friends (white Police) took advantage of her conditions and use it to begin premeditated well organized criminal act of  terrorized on Plaintiff, his business using slander and etc. across state lines aided by Montgomery Alabama, Evergreen Alabama, Pensacola Florida, Prince George Maryland, Washington D.C. Fraternal Order of Police was so well organized Plaintiff allege that many American Citizen is facing this same terror, black, white, and etc. that continue until this day, the Police terror Plaintiff was / is facing which bring Plaintiff to

this court to seek justice and to bring an end to organized Police terror..

Plaintiff will show:

<u>Res Ipsa Loquitur</u>
<u>COUNT I</u> <u>Conspiracy</u>

Terrorist lawbreaking criminal Police members of Fraternal Order of Police conspired with others members of Fraternal Order of Police across State lines (Federal violations) in furtherance of their unlawful acts of terrorizing American Citizen Phillippi S. Lowe as a matter of law it is not necessary that each member of a conspiracy know the act part other participant is playing that each conspirator know each other, nor for those that come on later and cooperate to obtain the unlawful result to be charged with Federal Statute violations.

<u>COUNT II</u>
<u>Mens Rea</u>

The Fraternal Order of Police premeditated to commit murder, the terrorist lawbreaking white Police attempted to provoke Plaintiff into coming to the Washington D.C., Maryland, or Virginia area to commit his / Plaintiff murder, see Res Ipsa Loquitur, post card illegally placed in Plaintiff mail box un-circulated, with provoked message (U.S. Postal violation) to show Plaintiff Fraternal Order of Police could terrorize him (Plaintiff) from Washington D.C., Prince George Maryland, to Montgomery Alabama (across State lines terror) that the Fraternal Order of Police was everywhere, and did not have to leave Washington D.C., or Prince George to kill him (Plaintiff). [Men Res] evil in itself Fraternal Order of Police (1) Intentionally, (2) Knowingly, (3) Recklessly, (4) and Grossly (criminal) negligent by Fraternal Order of Police to commit Plaintiff murder.

<u>COUNT III</u>

Fraternal Order of Police Malfeasance and Malum In Se

The criminal lawbreaking acts of members of the Fraternal Order of Police white terrorist had no legal right to under any circumstances that society law and etc. give no authority or warrant of law in the performance of official / unofficial duty the acts which no person, police Fraternal or etc. should do at all terrorizes American Citizen malum in se Latin [evil in itself] terrorizing Plaintiff, by U.S. Mail, Planning Plaintiff murder, phone threats to Plaintiff house (that Plaintiff have recorded) with vulgarity, profanity, and etc. following Plaintiff down the streets with patrol lights flashing,  for no reason but to cause terror of Plaintiff,  and friends.  Following Plaintiff into convenience stores trying to provoke Plaintiff into a deadly fight.  Just illegality from the very nature of the transaction upon society principles, moral, and public law.

## COUNT  IV
### Fraternal Order of Police Malum - In - SE Lat: [evil in itself]
### Criminal Coercion

Fraternal Order of Police did slander Plaintiff business, accused Plaintiff of criminal offense of filming children having sex, child molesting, rape, drugs production, imposing illegal curfew on Plaintiff, lying on Plaintiff to subject Plaintiff to hatred, contempt or ridicule to impair Plaintiff credit or business reputation, causing official to suppress evidence Plaintiff needed for litigation, and etc.

## COUNT  V
### Fraternal Order Of Police Malice aforethought

Fraternal Order of Police Man-endangering mental disposition for which there is no justification or excuse as to which no mitigating circumstances exist.  Police and members of Fraternal Order of  Police Capt. James Cullen and his white Police friend

terrorized Plaintiff 15-16 years old 70-80lb black female minor child who 280 - 300lb

white Police Capt. James Cullen beat with his fist when Plaintiff minor child called Police

child was told by white Police friends of Capt. James Cullen if she had him arrested he

could have her arrested. Adult black male friend of family Danny was sent to prison on

some charge for challenging Police Capt. James Cullen to fight him instead of Plaintiff

minor daughter after Capt. James Cullen had beaten Plaintiff daughter that same night.

## COUNT VI
### Fraternal Order of Police strict liability

Fraternal Order of Police have a strict liability for any terrorist acts committed by

their members in criminal law the conduct even if joking playful, innocently engaged in

result in criminal tort strict liability, death threats, phone call, mail letter of death stalking

or etc. by Fraternal Order of Police on Plaintiff is strict liability of F. O. P.

## COUNT VII

Abuse of process by Fraternal Order of Police.

## COUNT VIII

Discrimination by Fraternal Order of Police.

## COUNT IX

Suppression of evidence by Fraternal Order of Police.

## COUNT X

Concurrent negligence by Fraternal Order of Police.

## COUNT XI

Wanton negligence by Fraternal Order of Police.

## COUNT XII

Direst cause by Fraternal Order of Police.

## COUNT XIII

Superseding cause - by Prince George, Washington DC, Evergreen AL.,

Montgomery AL., Pensacola Fla., acts to cut off the liability and criminal actions

committed by its Fraternal Order of Police  it can be said that these cities cause the

terror, injury and etc. that legally justify imposing  tort liability.

Considering the foregoing the Federal Statute that have been violated by the
Fraternal Order of Police terrorism, betrayal of a public trust that affect Plaintiff and
American Society as a whole, U.S.A. justice and law demand Plaintiff be awarded FIFTY
MILLION DOLLARS ($50, 000,000.00) the cost of this action, legal fees, as provided by
statutes.

Respectfully submitted

Phillippi S. Lowe
P.O. Box 368
Evergreen, AL 36401
334-284-6888

Defendants can be served as follows:

WASHINGTON D.C.  CLERK'S OFFICE
United States District Court
for the District of Columbia
and their Fraternal Order of Police
333 Constitution Avenue, NW
Washington, D.C.20001

PRINCE GEORGE Maryland
and their Fraternal Order of Police
14735 Main Street
Upper Marlboro, MD. 20772

MONTGOMERY CITY
and their Fraternal Order of Police
103 N Perry
Montgomery, Alabama 36104


PENSACOLA CITY
and their Fraternal Order of Police
Post Office Box 12910
Pensacola, Florida 32521


EVERGREEN ALABAMA
and their Fraternal Order of Police
P.O. Box 107
Evergreen, AL. 36401

PHILLIPPI S. LOWE



*Exhibit A*

# Constitutional Tar-Baby Committee
## Justice For
## United States America
## Veterans

# We will not accept discrimination

## United States of America

## Sounded the bugle call for "**WAR**" Soldier's and Sailor's

The Lowe family did not flee to Canada, Mexico, to dodge the draft, my

Family answered to defend the United States of America and its Constitution.

*G. G. Uncle 3 Lowe . . . . . Civil War union. . . U S Army

Father V. Lowe . . . . . . . W W 1 . . . . . . Fer. Med. corps Army

Uncle B. Lowe . . . . . . . . W W 1 . . . . . . . U S Army

Uncle W. Simmons . . . . . . W W 2 . . . . . . . U S Navy

Brother V. L. Lowe . . . . . Korean War . . . . . U S Army

Brother D. Lowe . . . . . . . Vietnam War . . . . U S Air Force

Brother B. Lowe . . . . . . . Vietnam War . . . . .U S Army

Brother P. Lowe . . . . . . . Vietnam War . . . . U S Navy

Nephew D. Maxwell . . . . . Persian Gulf . . . . U S Army

1st Cousin L. Jenkins . . . . . Vietnam War . . . . U S Marine

. . . . . . . . . . . . . . and etc. . . . . . . . . .

Best Friend C. Caldwell . . . 2 tour Vietnam/Persian Gulf injury/US Army

My family fought for, U S Constitutional guaranteed due process of law.

*Great Great Uncle 3 Lowe ( nick name) because he performed his duties like 3 Soldiers.

07 0049

FILED

JAN 1 0 2007

NANCY MAYER WHITTINGTON, CLER
U.S. DISTRICT COURT

**Exhibit B**

# ore likely for childhood cancer survivors

er treatments can immediately harm ctive development. But with most cer patients now surviving, a bigger hether girls whose ovaries seemed tually have lingering damage that nopause before age 40, so, the ris eir family planning as well as eir dle age, because early menopause nning bones and other problems. dies have suggest these tients

do have a higher risk of early menopause. Researchers from Memorial Sloan-Kettering Cancer Center went a step farther Tuesday in the *Journal of the National Cancer Institute*, pinpointing who's highest risk.

They compared 2,800 women who survived childhood cancer with 1,000 sisters of cancer survivors. After excluding those who underwent ovary-removing surgery, they found 8 percent of cancer survivors experienced early menopause, compared

with less than 1 percent of the sisters.

The risk was highest — 30 percent — for survivors who had received radiation to the lower abdomen plus so-called "alkylating" chemotherapy agents, drugs such as cyclophosphamide.

However, Harvard researchers cautioned in an accompanying editorial that the 30 percent figure might be an underestimate, because the study included mostly women who hadn't yet reached age 40.

07 0049 JAN 10 2007

# Thousands desert rather than fight

## Since 2000, about 40,000 troops from all branches of the military have deserted

**By Ana Radelat**
Gannett News Service

WASHINGTON — Swept up by a wave of patriotism after the U.S. invasion of Iraq, Chris Magaoay joined the Marine Corps in November 2004.

The newly married Magaoay thought a military career would allow him to continue his college education, help his country and set his life on the right path.

Less than two years later, Magaoay became one of thousands of military deserters who have chosen a lifetime of exile or possible court-martial rather than fight in Iraq or Afghanistan.

"It wasn't something I did on the spur of the moment," said Magaoay, a native of Maui, Hawaii. "It took me a long time to realize what was going on. The war is illegal."

Magaoay said his disillusionment with the military began in boot camp in Twentynine Palms, Calif., where a superior officer joked about killing and mistreat-

ing Iraqis. When his unit was deployed to Iraq in March, Magaoay and his wife drove to Canada, joining a small group of deserters who are trying to win permission from the Canadian government to stay.

"We're like a tight-knit family," Magaoay said.

The Pentagon says deserters like Magaoay represent a tiny fraction of the nation's fighting forces.

**Magaoay**

"The vast majority of soldiers who desert do so for personal, family or financial problems, not for political or conscientious objector purposes," said Lt. Col. Bryan Hilferty, a spokesman for the Army.

Since 2000, about 40,000 troops from all branches of the military have deserted, the Pentagon says. More than half served in the Army. But the Army says numbers have decreased each year since the United States began its war on terror in Afghanistan.

Those who help war resisters say desertion is more prevalent than the military has admitted.

"They lied in Vietnam with the amount of opposition to the war and they're lying now," said Eric Seitz, an attorney who represents Army Lt. Ehren Watada, the first commissioned officer to refuse deployment to the war in Iraq.

Watada is under military custody in Fort Lewis, Wash., because he refused to join his Stryker brigade when it was sent to Iraq last month.

Watada said he doesn't object to war but considers the conflict in Iraq illegal. The Army has turned down his request to resign and probably will court-martial him.

Critics of the Iraq war have demonstrated on the lieutenant's behalf. Conservative bloggers call him a traitor and opportunist.

Joe Davis, spokesman for the Veterans of Foreign Wars, said deserters aren't traitors because they've done nothing to help America's enemies. But he rejects arguments that deserters

have a moral right to refuse to fight wars they consider unjust.

"None of us can choose our wars. They're always a political decision," Davis said. "They're letting their buddies down and hurting morale — and morale is everything on the battlefront."

Because today's military is an all-volunteer force, troops seeking objector status must convince superior officers they've had an honest change of heart about the morality of war.

The last time the U.S. military executed a deserter was World War II. But hundreds face court-martials and imprisonment every year.

Members of the armed forces are considered absent without leave when they are unaccounted for. They become deserters after they've been AWOL for 30 days.

A 2002 Army report says desertion is fairly constant but tends to worsen during wartime, when there's an increased need for troops and enlistment standards are more lax. They also say deserters tend to be less educated and more likely to have engaged in delinquent behavior than other troops.

Jeffry House, an attorney in Toronto who represents Magaoay and other deserters, said there are about 200 deserters living in Canada. They have decided not to seek refugee status but instead are leading clandestine lives, he said.

Like many of the people helping today's war resisters, House fled to Canada to avoid the Vietnam War. About 50,000 Americans sought legal residency in Canada during the Vietnam era.

"You would apply at the border and if you didn't have a criminal record, you were in," House said.

He said changes in Canadian law make it harder for resisters to flee north. Now, potential im-


BACK TO COLLEGE SALE

**WE STOCK**
QUALITY, INEXPENSIVE MATTRESSES, FUTONS & METAL BEDS.
**Delivery to Auburn & Troy available.**
*Nice but blemished extra long twin mattresses from $89.*

**Mr. Sandman**
MATTRESS SUPERSTORES
3631 McGehee Rd | 410-A N. Eastern Blvd. | 6095 Atlanta Hwy | 1951 Market St.

**y Announcement
:TING**

eting will be held to consider proposed consider the Draft Fiscal Year 2007 Unified OP). All meetings are open to the public.

le body of local elected officials responsible r adoption of the required transportation s at 10:00 a.m. at the City of Montgomery, , Montgomery, AL 36104.

Exhibit C

# FLORIDA TRAFFIC CRASH REPORT
## LONG FORM
MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH
RECORDS, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

DO NOT WRITE IN THIS SPACE

**Time & Location**

| DATE OF CRASH | TIME OF CRASH | TIME OFFICER NOTIFIED | TIME OFFICER ARRIVED | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|
| 09 04 02 | 8:19 PM | 8:21 PM | 8:29 PM | 02-39-13353-09 | 71147966 |

COUNTY / CITY CODE 09-00   FEET or MILE(S) 7   N S E W   FROM NODE NO.   CITY OR TOWN Pensacola   COUNTY Escambia

AT NODE NO. or FEET or MILE(S) FROM NODE NO.   NEXT NODE NO.   NO OF LANES 2   1. DIVIDED  2. UNDIVIDED 2   ON STREET, ROAD OR HIGHWAY U.S. Alt 90 (S.R. 10)

AT THE INTERSECTION OF (street, road or highway) or FEET 1000 MILE(S) N S E W   FROM INTERSECTION OF (street, road or highway) Pine Forest Road (Pine Forest Road)

**Section 1 Vehicle**

DRIVER ACTION 3   YEAR 01   MAKE MERC   TYPE 01   USE 01   VEH. LICENSE NUMBER HD796T   STATE FL   VEHICLE IDENTIFICATION NUMBER 1MEFM53U11AG05357   SHOW FIRST POINT OF VEHICLE 1

VEHICLE TRAVELLING N S E W   ON U.S. Alt 90   AT   Est MPH 15   Posted Speed 45   EST. VEHICLE DAMAGE 50.00   2   EST. TRAILER DAMAGE 1

MOTOR VEHICLE INSURANCE COMPANY U.S.A.A.   POLICY NUMBER D0138853/C 7105 4   VEHICLE REMOVED BY: 3

NAME OF VEHICLE OWNER (Check Box If Same As Driver) X

NAME OF DRIVER Richard Neal Smith   CURRENT ADDRESS 3537 Tallship Lane Pensacola, FL 32550   DATE OF BIRTH 04-08-36

DRIVER LICENSE NUMBER S530-754-36-128   STATE FL   DL TYPE 5   REQ 3   ALC/DRUG TEST TYPE 5   RESULTS   ALC/DRUG 5   PHYS.DEF. 1   RES 1   RACE 1   SEX 1   INJ 3   S. EQUIP 2   EJECT 1   DRIVER'S PHONE NO. (850) 458-5622

**Section 2 Vehicle**

DRIVER ACTION 3   YEAR 02   MAKE SATURN   TYPE 01   USE 01   VEH. LICENSE NUMBER CD2528   STATE AL   VEHICLE IDENTIFICATION NUMBER 168ZH528G2Z123648   SHOW FIRST POINT 8

VEHICLE TRAVELLING N S E W   ON U.S. Alt 90   AT   Est MPH 0   Posted Speed 45   EST. VEHICLE DAMAGE 250.00   2   EST. TRAILER DAMAGE 4

MOTOR VEHICLE INSURANCE COMPANY Alfa Mutual   POLICY NUMBER A2142645   VEHICLE REMOVED BY Owner

NAME OF VEHICLE OWNER Lillian Frieson   CURRENT ADDRESS P.O. Box 2612 Mobile, AL 36652

NAME OF DRIVER Phillippi Sulter Lowe   CURRENT ADDRESS 109 S. Shipp Street Evergreen, AL 36401   DATE OF BIRTH 02-06-51

DRIVER LICENSE NUMBER 2991683   STATE AL   DL TYPE 5   REQ 3   ALC/DRUG TEST TYPE 5   RESULTS   ALC/DRUG 1   PHYS.DEF 1   RES 3   RACE 2   SEX 1   INJ 3   S. EQUIP 2   DRIVER'S PHONE NO. 251 578-4617

07 0019

Exhibit B

## Section 3 — Vehicle / Pedestrian

| DRIVER ACTION | YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|
| 1. Phantom<br>2. Hit & Run<br>3. N/A | | | | | | | |

TRAILER OR TOWED VEHICLE INFORMATION — TRAILER TYPE

Diagram numbers: 2 3 4 5 6 7 8 ... 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer — 15 16 17 — 14 13 12 11 10 9 — SHOW FIRST POINT OF VEHICLE DAMAGE AND CIRCLE DAMAGED AREA

| VEHICLE TRAVELLING N S E W | ON | AT | Est. MPH | Posted Speed | EST. VEHICLE DAMAGE | 1. Disabling 2. Functional 3. No Damage | EST. TRAILER DAMAGE |
|---|---|---|---|---|---|---|---|

MOTOR VEHICLE INSURANCE COMPANY (LIABILITY OR PIP) — POLICY NUMBER — VEHICLE REMOVED BY: 1. Tow Rotation List 3. Driver / 2. Tow Owner's Request 4. Other

NAME OF VEHICLE OWNER (Check Box If Same As Driver) — CURRENT ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE

NAME OF OWNER (Trailer or Towed Vehicle) — CURRENT ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE

NAME OF MOTOR CARRIER (Commercial Vehicle Only) — CURRENT ADDRESS (Number and Street) — CITY, STATE AND ZIP CODE — US DOT or ICC MC IDENTIFICATION NUMBER

NAME OF DRIVER (Take From Driver License) / PEDESTRIAN — CURRENT ADDRESS (Number and Street) — CITY, STATE & ZIP CODE — DATE OF BIRTH

| DRIVER LICENSE NUMBER | STATE | DL TYPE | REQ. DL TYPE | ALC/DRUG TEST TYPE 1 Blood 3 Urine 5 None 2 Breath 4 Refused | RESULTS | ALC/DRUG | PHYS.DEF. | RES. | RACE | SEX | INJ. | S. EQUIP. | EJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

HAZARDOUS MATERIALS BEING TRANSPORTED (1 Yes, 2 No) — PLACARDED (1 Yes, 2 No) — IF YES, INDICATE NAME OR 4 DIGIT NUMBER FROM DIAMOND OR BOX ON PLACARD, AND 1 DIGIT NUMBER FROM BOTTOM OF DIAMOND. — WAS HAZARDOUS MATERIAL SPILLED? (1 Yes, 2 No) — RECOMMEND DRIVER RE-EXAM, IF YES EXPLAIN IN NARRATIVE — DRIVER'S PHONE NO. ( )

#1 PROPERTY DAMAGED - OTHER THAN VEHICLES — EST. AMOUNT $ — OWNER'S NAME — ADDRESS — CITY — STATE — ZIP

#2 PROPERTY DAMAGED - OTHER THAN VEHICLES — EST. AMOUNT $ — OWNER'S NAME — ADDRESS — CITY — STATE — ZIP

### CONTRIBUTING CAUSES - DRIVER / PEDESTRIAN
01 No Improper Driving / Action
02 Careless Driving (Explain In Narrative)
03 Failed To Yield Right - of - Way
04 Improper Backing
05 Improper Lane Change
06 Improper Turn
07 Alcohol - Under Influence
08 Drugs - Under Influence
09 Alcohol & Drugs - Under Influence
10 Followed Too Closely
11 Disregarded Traffic Signal
12 Exceeded Safe Speed Limit
13 Disregarded Stop Sign
14 Failed To Maintain Equip. / Vehicle
15 Improper Passing
16 Drove Left of Center
17 Exceeded Stated Speed Limit
18 Obstructing Traffic
19 Improper Load
20 Disregarded Other Traffic Control
21 Driving Wrong Side / Way
22 Fleeing Police
23 Vehicle Modified
24 Driver Distraction (Explain In Narrative)
77 All Other (Explain In Narrative)

[ 02 | 01 ]

### VEHICLE DEFECT
01 No Defects
02 Def. Brakes
03 Worn / Smooth Tires
04 Defective / Improper Lights
05 Puncture / Blowout
06 Steering Mech.
07 Windshield Wipers
98 Equipment / Vehicle Defect
77 All Other (Explain In Narrative)

[ 01 | 01 ]

### POINT OF COLLISION
01 On Road
02 Not On Road
03 Shoulder
04 Median
05 Turn Lane

[ 01 | 01 ]

### WORK AREA
01 None
02 Nearby
03 Entered

[ 01 | 01 ]

### VEHICLE MOVEMENT
01 Straight Ahead
02 Slowing / Stopped / Stalled
03 Making Left Turn
04 Backing
05 Making Right Turn
06 Changing Lanes
07 Entering / Leaving / Parking Space
08 Properly Parked
09 Improperly Parked
10 Making U-Turn
11 Passing
12 Driverless or Runaway Vehicle
77 All Other (Explain In Narrative)

[ 01 | 01 ]

### PEDESTRIAN ACTION
01 Crossing Not at Intersection
02 Crossing at Mid-block Crosswalk
03 Crossing at Intersection
04 Walking Along Road With Traffic
05 Walking Along Road Against Traffic
06 Working on Vehicle In Road
07 Working In Road
08 Standing/Playing In Road
09 Standing In Pedestrian Island
77 All Other In Narrative
88 Unknown

### VEHICLE SPECIAL FUNCTIONS
1 None
2 Farm
3 Police Pursuit
4 Recreational
5 Emergency Operation
6 Construction / Maintenance

[ 1 | 1 ]

### SOURCE OF CARRIER INFORMATION
1 Not Applicable
2 Shipping Papers
3 Vehicle Side
4 Driver
5 Other

### LOCATION TYPE
1 Primarily Business
2 Primarily Residential
3 Open Country

[ 1 ]

### FIRST / SUBSEQUENT HARMFUL EVENT(S)
01 Collision With MV In Transport( Rear End)
02 Collision With MV In Transport( Head On)
03 Collision With MV In Transport( Angle)
04 Collision With MV In Transport( Left Turn)
05 Collision With MV In Transport( Right Turn)
06 Collision With MV In Transport( Sideswipe)
07 Collision With MV In Transport( Backed Into)
08 Collision With Parked Car
09 Collision With MV on Roadway
10 Collision With Pedestrian
11 Collision With Bicycle
12 Collision With Bicycle (Bike Lane)
13 Collision With Moped
14 Collision With Train
15 Collision With Animal
16 MV Hit Sign / Sign Post
17 MV Hit Utility Pole / Light Pole
18 MV Hit Guardrail
19 MV Hit Fence
20 MV Hit Concrete Barrier Wall
21 MV Hit Bridge/Pier/Abutment/Rail
22 MV Hit Tree /Shrubbery
23 Collision With Construction Barricade Sign
24 Collision With Traffic Gate
25 Collision With Crash Attenuators
26 Collision With Fixed Object Above Road
27 MV Hit Other Fixed Object
28 Collision With Moveable Object On Road
29 MV Ran Into Ditch/Culvert
30 MV Ran Off Road Into Water
31 Overturned
32 Occupant Fell From Vehicle
33 Tractor/Trailer Jackknifed
34 Fire
35 Explosion
36 Downhill Runaway
37 Cargo Loss or Shift
38 Separation of Units
39 Median Crossover
77 All Other (Explain In Narrative)

[ 01 | | ]

### ROAD SYSTEM IDENTIFIER
01 Interstate
02 U.S.
03 State
04 County
05 Local
06 Turnpike / Toll
07 Forest Road
08 Private Roadway
77 All Other (Explain In Narrative)

[ 02 ]

### ROAD SURFACE CONDITION
01 Dry
02 Wet
03 Slippery
04 Icy
77 All Other (Explain In Narrative)

[ 01 ]

### WEATHER
01 Clear
02 Cloudy
03 Rain
04 Fog
77 All Other (Explain In Narrative)

[ 01 ]

### LIGHTING CONDITION
01 Daylight
02 Dusk
03 Dawn
04 Dark (Street Light)
05 Dark (No Street Light)
88 Unknown

[ 05 ]

### ROAD SURFACE TYPE
01 Slag/Gravel/Stone
02 Blacktop
03 Brick/Block
04 Concrete
05 Dirt
77 All Other (Explain In Narrative)

### ROAD CONDITIONS AT TIME OF CRASH
01 No Defects
02 Obstruction With Warning
03 Obstruction Without Warning
04 Road Under Repair / Construction
05 Loose Surface Materials
06 Shoulders - Soft / Low / High
07 Holes / Ruts / Unsafe Paved Edge
08 Standing Water
09 Worn / Polished Road Surface
77 All Other (Explain In Narrative)

[ 01 ]

### VISION OBSTRUCTED
01 Vision Not Obscured
02 Inclement Weather
03 Parked / Stopped Vehicle
04 Trees / Crops / Bushes
05 Load On Vehicle
06 Building / Fixed Object
07 Signs / Billboards
08 Fog
09 Smoke
10 Glare
77 All Other (Explain In Narrative)

[ 01 ]

### TRAFFIC CONTROL
01 No Control
02 Special Speed Zone
03 Speed Control Sign
04 School Zone
05 Traffic Signal
06 Stop Sign
07 Yield Sign
08 Flashing Light
09 Railroad Signal
10 Officer / Guard / Flagperson
11 Posted No U-Turn
12 No Passing Zone
77 All Other (Explain In Narrative)

[ 05 ]

### SITE LOCATION
01 Not At Intersection / RR X-ing / Bridge
02 At Intersection
03 Influenced By Intersection
04 Driveway Access
05 Railroad
06 Bridge
07 Entrance Ramp
08 Exit Ramp
09 Parking Lot - Public
10 Parking Lot - Private
11 Private Property
12 Toll Booth
13 Public Bus Stop Zone
77 All Other (Explain In Narrative)

[ 03 ]

### TRAFFICWAY CHARACTER
01. Straight - Level
02. Straight - Upgrade / Downgrade
03. Curve - Level
04. Curve - Upgrade / Downgrade

[ 01 ]

### TYPE SHOULDER
01. Paved
02. Unpaved
03. Curb

[ 02 ]

### Violator(s)

| SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| 1 | Richard Smith | 316.1925 | Careless Driving | 5880 BSN |
| | | | | |
| | | | | |
| | | | | |

Exhibit D

# Wrong man

▶ Galanos says convicted minister is innocent of armed robbery

**By PETE ZURALES**
Staff Reporter

District Attorney Chris Galanos has asked a judge to overturn the conviction of a Mobile area minister sentenced to 20 years for armed robbery. Galanos thinks he is innocent.

Galanos petitioned Circuit Judge Robert Byrd on Wednesday to clear Phillip S. Lowe, 43, who was convicted in May 1993 of robbing a Prichard check exchange clerk of $17,000 at knifepoint in 1991.

The victim identified Lowe as the robber, even though she originally told police the robber was 19 to 25 years old and had a



Lowe



KIICHIRO SATO/Staff Photogr[...]
...obbery conviction, looks out the window from his motel room in Prichard.

---

**INSIDE**
Section B

| | |
|---|---|
| Business | 7 |
| Deaths | 6 |
| Weather | 12 |

07 0049

FILED
JAN 1 0 2007
NANCY MAYER WHITTINGTON, CLE
U.S. DISTRICT COURT

# METRO

SATURDAY

---



Lowe

# Minister free but :

▶ Armed robbery conviction set aside for Phillip Lowe

**By PETE ZURALES**
Staff Reporter

The nightmare is not over for Phillip Lowe. In fact, he relived the nightmare Friday.

On Friday, Circuit Judge Robert L. Byrd set aside Lowe's armed robbery

conviction, and the state dismissed the charges.

But three years ago — in that same courtroom before the same judge — Lowe heard the gavel come down and the judge sentence him to 20 years for a robbery he did not commit.

"They think I should be happy to come down here," he said before the hearing. "This has been a nightmare for me. Now they want me to come back to

Exhibit E

**Washington DC, and Prince George Maryland white racist Police used Arlington National Cemetery un-circulated postcard to terrorize U.S. Veteran P. S. Lowe in Alabama allegedly aided by Montgomery Alabama Police Dept.  Showing across States lines TERROR!!**



Arlington National Cemetery
Arlington, Virginia

Founded in 1807, the nation's first national cemetery is built on land originally belonging to the Lee family. It is a shrine to the thousands of men and women who have died to keep America free. Interred here are John F. Kennedy and his wife, Jacqueline, John Philip Sousa, J. Edgar Hoover and Mathew Brady. Inserts from top right: "Iwo Jima" Marine Corps Memorial, Tomb of the Unknown Soldier, Kennedy Grave Site.



07 00
FILED

JAN 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hi
PHILLIPPI - everyone said you
would not go see MY MAN IN
WASH, Dc - They were right.
They are all laughing at you.
They really know you.

Steve House
P.O. Box SH. 26
ATLANTA, GA 31838

PHILLIPPI SULTREN LOWE

4307 BRADBURN RD.

MONTGOMERY, AL

36108

This space reserved for U.S. Postal Service



0 182275 5