**FILED**
JAN 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

PHILLIPPI S. LOWE, Pro Se,
P.O. Box 368
Evergreen, AL. 36401
    Plaintiff

2:07CV103-MEF

NO:     **07 0049**

vs.

WASHINGTON D.C.
PRINCE GEORGE MARYLAND,
MONTGOMERY CITY AL.,
EVERGREEN AL.,
PENSACOLA FLORIDA, and their
FRATERNAL ORDER OF POLICE
    Defendants.

<u>MOTION TO USE A POST OFFICE BOX WITH THIS
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>

With all due respect Plaintiff Phillippi S. Lowe motion this Honorable U.S. District Court for the District of Columbia to use Post Office Box 368 Evergreen Alabama 36401, for this motion Plaintiff will show:

    (1). **U.S. Federal Statute violated** against Plaintiff (Phillippi S. Lowe) illegally made him homeless and only have P.O. Box for permanent mailing address.

    (2). **U.S. Federal Statute violated** against Plaintiff (Phillippi S. Lowe) forced him to live with different U.S. Veteran friends who have a complete legal knowledge of the illegal unconstitutional theft and eviction of Plaintiff off his rightful land / house.

    (3). **U.S. Federal Statute violated** against Plaintiff (Phillippi S. Lowe) by Judges, Prosecutors, Clerks, Law enforcer who is / was afraid to do the job America Society is paying them to do, protect American Citizen, their family, land, with / and enforce our U.S. Constitutional guaranteed Rights.

    THEREFORE U.S. Justice demand this motion for good cause shown is subject to US law and should be granted.

RECEIVED
NOV 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Respectfully submitted

*Phillippi S. Lowe*
P.O. Box 368
Evergreen, AL 36401
334-284-6888

## CERTIFICATE OF SERVICE

WASHINGTON D.C.
United States District Court
for the District of Columbia
and their Fraternal Order of Police
333 Constitution Avenue NW
Washington, D.C. 20001

MONTGOMERY CITY
and their Fraternal Order of Police
103 N Perry
Montgomery, AL. 36104

EVERGREEN AL.
and their Fraternal Order of Police
P.O. Box 107
Evergreen, AL. 36401

PRINCE GEORGE MARYLAND
and their Fraternal Order of Police
14735 Main Street
Upper Marlboro, MD. 20772

PENSACOLA FLORIDA
and their Fraternal Order of Police
P.O. Box 12910
Pensacola, Florida 32521

PHILLIPPI S. LOWE