IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIPPI S. LOWE, | ) |
| Plaintiff, | ) |
| v. | ) 2:07cv103-MEF-WC |
| WASHINGTON D.C., PRINCE GEORGE MARYLAND MONTGOMERY CITY, AL., EVERGREEN, AL. PENSACOLA FLORIDA, AND THEIR FRATERNAL ORDER OF POLICE, et. al., | ) |
| Defendants. | ) |

## ORDER

A recommendation of the magistrate judge was entered on April 17, 2007. The plaintiff was given 13 days, or until May 14, 2007, to file objections. This was a typographical error. Therefore, it is

ORDERED that the previous date of May 14, 2007, be rescinded, and it is

ORDERED that the plaintiff be put on NOTICE that objections to the recommendation of the magistrate judge must be filed by **MAY 4, 2007**.

DONE this 20th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE